## CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Leo Pharma Inc.
Attn: Keith E. Bernius,
US CFO & Business Operations
7 Giralda Farms, 2nd Floor
Madison, NJ 07940

Tiffany Christian
VP, US Legal and Compliance
LEO Pharma Inc.
7 Giralda Farms
Madison, NJ 07940

Leo Pharma Inc.
Attn: Tiffany L. Christian, VP, Legal
& Compliance
1 Sylvan Way
Parsippany, NJ 07054

Leo Pharma Inc.
7 Giralda Farms, 2nd Floor
Madison, NJ 07940

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Leo Pharma Inc.
Attn: Keith Bernius, Interim U.S.,
CFO & Business Operations
7 Giralda Farms - 2nd Flr
Madison, NJ 07940

Corporation Service Company,
R/A for Leo Pharma, Inc.
251 Little Falls Drive
Wilmington, DE 19808

    I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

    Under penalty of perjury, I declare that the foregoing is true and correct.

| Date | February 4, 2022 | Signature | /s/ Gini L. Downing |
|---|---|---|---|
| | Print Name: | | Gini L. Downing |
| | | | Pachulski Stang Ziehl & Jones LLP |
| | | | 10100 Santa Monica Blvd. |
| | | | 13th Floor |
| | Business Address: | | Los Angeles, CA 90067 |

